UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN B. JOHNSON, an individual,<br><br>                            Plaintiff,<br><br>    v.<br><br>DENIS McDONOUGH, Secretary, Department of Veterans Affairs,<br><br>                            Defendant. | NO:  2:21-CV-0268-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal. ECF No. 24. The stipulation was submitted for hearing without oral argument. Having reviewed the file and the records herein, the Court is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action in this matter are **DISMISSED** with prejudice and without an award of costs or fees to either party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Executive is hereby directed to enter this Order, enter
2 judgment accordingly, furnish copies to counsel, and **CLOSE** the file.
3  DATED November 9, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2